UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES VINCENT REED,<br><br>                           Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                           Defendants. | No. C10-5146 BHS/KLS<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE SERVICE ADDRESS |

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 4. On April 15, 2010, the court directed the U.S. Marshal to serve the named defendants with Plaintiff's Complaint.[1] Dkt. 6. On June 18, 2010, the U.S. Marshal filed an unexecuted return of service for Thomas Tanguleg. Dkt. 20.

The unexecuted return of service reflects that the mailing was returned, marked "Not at this Facility." Dkt. 20. The Court is not aware of any service address for this defendant. Because service cannot be effected, personal jurisdiction over Defendant Tanguleg does not currently exist in this case and the Court has no authority over him at this time. However, if

---

[1] Since that time, Plaintiff was granted leave to file an amended complaint on or before July 16, 2010. Dkt. 15.

ORDER - 1

1  Plaintiff provides a current address for Defendant Tanguleg, along with a properly completed

2  summons, the court will direct that service be attempted again.

3      The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants.

4  The Clerk is also directed to send to Plaintiff a copy of the court's docket and summons form.

5  Plaintiff is directed to provide the court with the current address and completed summons **on or**

6  **before July 23, 2010.**

7

8

9      **DATED** this  29th  day of June, 2010.

10

11                      Karen L. Strombom
                    United States Magistrate Judge

ORDER - 2