UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES VINCENT REED,<br><br>        Plaintiff,<br> v.<br><br>RON VAN BOENING, KELLY J. REMY, MICHAEL HUGHES, and THOMAS TANGULLG,<br><br>        Defendants. | No. C10-5146 BHS/KLS<br><br>ORDER DIRECTING DEFENDANTS TO FILE ANSWER TO AMENDED COMPLAINT |

  Plaintiff's original complaint was filed on April 15, 2010.  ECF No. 5.  Defendants State of Washington, Ron Van Boening, Kelly J. Remy, Michael Hughes, and Thomas Tangulleg filed an answer to the complaint on May 12, 2010.  ECF No. 8.  On July 21, 2010, Plaintiff was granted leave to amend his complaint.  ECF No. 15.  The Amended Complaint was filed on July 12, 2010.  ECF No. 24.   The same individuals were named in the Amended Complaint.  *Id.*  Plaintiff mailed a copy of the amended complaint to counsel for Defendants on July 3, 2010.  ECF No. 24, pp. 36-37.  To date, Defendants have not filed an answer to the Amended Complaint.

  According, it is **ORDERED:**

  (1) Defendants are directed to file their answer to Plaintiff's Amended Complaint **on or before November 29, 2010.**

ORDER - 1

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  17th  day of November, 2010.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

ORDER - 2